UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Criminal Case No. 05-80439

                                        District Judge Paul D. Borman

IBRAHIM AL-NIGRISH,                  Magistrate Judge R. Steven Whalen

    Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S**
## **REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court adopts Magistrate Judge R. Steven Whalen's report and recommendation.

**IT IS FURTHER ORDERED** that the Court dismisses defendant's motion to vacate sentence.

                                                 S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: December 15, 2011

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 15, 2011.

                                                 S/Denise Goodine
                                                Case Manager